THE CITY OF NEW YORK, Appellant, *v.* SEELY-TAYLOR COMPANY et al., Respondents.

*City of New York v. Seely-Taylor Co.,* 149 App. Div. 98, affirmed.
(Argued March 20, 1913; decided April 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the failure of the defendant Seely-Taylor Company to execute a contract in accordance with its bid for certain public work.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Frank B. Pierce* of counsel), for appellant.

*Edward W. Norris, Alfred J. Talley, F. G. Dunham* and *Albert Reese* for respondents.

Judgment affirmed, with costs, on opinion of McLAUGH-LIN, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and MILLER, JJ. Not voting: CUDDEBACK, J.

---

THE CITY OF New York, Respondent, *v.* CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY, Appellant, and ADRIAN H. JOLINE et al., as Receivers of METROPOLITAN STREET RAILWAY COMPANY et al., Respondents.

*City of New York v. Central Park, N. & E. R. R. R. Co.,* 149 App. Div. 944, affirmed.
(Submitted March 20, 1913; decided April 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1912, affirming a judgment in favor of